UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DERRICK PARKER** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: |
| | * | |
| **SENTRY SELECT INSURANCE COMPANY,** | * | JUDGE: |
| **CAPTIAL BRAVO, L.L.C., AND RAUL** | * | |
| **NIETO MUNOZ** | * | MAGISTRATE: |
| | * | |
| * * * * * * * * * * * * * * * | * | |

FILED: _____     _____
                                                                                                    **DATE**

**PETITION FOR REMOVAL**

Defendants, Raul Nieto Munoz and Sentry Select Insurance Company, file this Petition for Removal of this case from the Civil District Court for the Parish of Orleans, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana. This removal is predicated upon diversity of citizenship jurisdiction under 28 U.S.C. §1332.

1. This case was commenced in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 25, 2020, through the filing of a Petition for Damages setting forth a claim for relief upon which this action is based.

2. Plaintiff, Derrick Parker ("Parker"), instituted this action for personal injuries allegedly sustained in a bodily injury accident on September 8, 2019 in the Parish of Orleans.

3. Plaintiff designated, Raul Nieto Munoz, Bravo Capital, LLC (erroneously designated as "Capital Bravo L.L.C.") and Sentry Select Insurance Company as defendants in this matter.

4. Service of process upon defendant, Raul Nieto Munoz, was requested through the Louisiana Long-Arm Statute contained in LSA-R.S. 13:3201, *et seq.*, but no affidavit of long-arm service has been filed into the record of the state court proceeding.

5. Service of process upon defendant, Bravo Capital, LLC, was requested through the Louisiana Long-Arm Statute contained in LSA-R.S. 13:3201, *et seq.*, and effectuated on September 17, 2020, but no affidavit of long-arm service has been filed into the record of the state court proceeding (Exhibit 1: Plaintiff counsel's Long-Arm Service Certified Letter and enclosures dated September 9, 2020).

6. Service of process upon defendant, Sentry Select Insurance Company was requested and served through the Louisiana Secretary of State on September 16, 2020 (Exhibit 2: Citation and Service upon Sentry Select Insurance

Company through the Louisiana Secretary of State dated September 16, 2020).

7. This matter has been removed within thirty (30) days of documented service of process upon Bravo Capital, LLC and Sentry Select Insurance Company.

8. This action is one of a civil nature for damages.

9. Parker alleges that he sustained injuries to his shoulders, neck, and back, and that he experiences headaches in consequence of the alleged accident (Petition for Damages, ¶ VII.).

10. Parker alleges entitlement to damages for past and future mental anguish and physical suffering, as a result of the alleged accident (Petition for Damages, ¶ VII.).

11. Parker further alleges that he is entitled to damages for past and future loss of enjoyment of life (Petition for Damages, ¶ VII.).

12. Parker further alleges that he is entitled to damages for past and future medical care, including expenses for travel to the offices of his physicians (Petition for Damages, ¶ VII.).

13. Parker asserts a claim for exemplary damages under LSA-R.C.C. art. 2315.4 predicated upon his allegation that Raul Nieto Munoz operated a tractor-trailer while intoxicated (Petition for Damages, ¶ VIII.).

12. Under *Simon v. Wal-Mart Stores, Inc.*, 193 F.3d 848 (5th Cir. 1999), defendants

avers that they possess a good faith belief at the time of this removal that diversity of citizenship jurisdiction exists under 28 U.S.C.§ 1332 , irrespective of the merits of plaintiff's lawsuit or any defenses applicable to his claims.

13. Parker has incurred medical expenses from the following health care providers:

| | |
|---|---:|
| Crescent City Chiropractic Center | $ 5,645.00 |
| R. William Junius, III, M.D. | $ 1,896.56 |
| **TOTAL** | **$ 7,541.56** |

14. The diagnoses rendered by Kelleigh A. Payne, D.C., Crescent City Chiropractor Center and reportedly related to the subject accident are: (a) cervical spine segmental dysfunction; (b) neck pain; (c) muscle spasm of the neck; (d) muscle pain (myalgia); (e) tension headaches; (f) lumbar spine segmental dysfunction; (g) low back pain; and (h) thoracic spine segmental dysfunction.

15. The treatment term by Kelleigh A. Payne, D.C., Crescent City Chiropractor Center is September 12, 2019 through February 12, 2020.

16. Parker was initially evaluated by orthopedic surgeon, R. William Junius, III, M.D. on January 22, 2020 and he continues to undergo medical treatment through the present time for left shoulder pain, which has been diagnosed as

       left shoulder pain, left subacromial bursitis, and left subacromial impingement.

17. On March 13, 2020, a subacromial injection was administered to Parker's left shoulder.

18. A left shoulder MRI was recommended by , R. William Junius, III, M.D. on May 8, 2020, but defendants do not know whether the MRI has been performed.

19. On September 28, 2020, plaintiff's counsel, Craig A. Gentry advised defense counsel that Parker's damage claims likely exceed the $75,000 amount in controversy threshold and that Parker continues to undergo medical treatment.

20. Derrick Parker is a Louisiana resident/domiciliary of Orleans Parish, State of Louisiana.

21. Raul Nieto Munoz is a Texas resident/domiciliary of Weslaco, Texas.

22. Bravo Capitol, LLC was formed under the laws of the State of Texas with its principal place of business/domicile at 3415 Greystone Drive, Suite 210, Austin, Texas 78731.

23. The members of Bravo Capital, LLC are:

    (a) Stephen A. Hanes, a person of the full age of majority who is domiciled in and is a resident of the State of Texas, whose residence address is 1210 West 5th Street, Austin, Texas 78703; and

    (b)    Stephen L. Stuesser, a person of the full age of majority who is domiciled in and is a resident of the State of Texas, whose residence address is 5902 Wynona Way, Austin, Texas 78757.

24. Sentry Select Insurance Company is incorporated under the laws of the State of Wisconsin, with its principal place of business/domicile at 2225 Minnesota Avenue, Stevens Point, Wisconsin 54481.

25. Bravo Capitol, LLC concurs in removal.

26. Complete diversity of citizenship exists and the amount in controversy requirement in 28 U.S.C. §1332 is demonstrable.

**WHEREFORE**, defendants, Raul Nieto Munoz and Sentry Select Insurance Company, pray for removal of the above-entitled cause from the Civil District Court for the Parish of Orleans, State of Louisiana to the United States District Court for the Eastern District of Louisiana.

    Respectfully submitted,

/s/ Charles M. Ponder, III
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
935 Gravier Street, Suite 835
New Orleans, Louisiana 70112
Telephone: (504) 528-3066

                                                Facsimile: (504) 528-3077
                                                E-Mail: cmponder@att.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: <u>All counsel of record.</u> I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and e-mail to the following non-CM/ECF participants: None.

                      /s/ Charles M. Ponder III
                      CHARLES M. PONDER, III