Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
Dennis N. Thomson, LA, AL, AR
Abby L. Roberts, LA, AR
Paige Patriarca, LA
Patrick H. Gibbons, LA
Esmeralda Graham, LA, NM
Lauren Pitre, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Matthew Hemmer, LA, OH, KY
Sophia Johnson, LA, IL, TX
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Reshonda Thompson, LA
Kim Paul, LA
Linda Gonzales, LA
J.D. Parker, LA
Kelly Johnson, LA
Travis Williams, LA
Alaina Brandhurst, LA
Lindsey Topp, LA, MS, CA
Adam Bosso, LA
Tamyra Craig, LA
Betsy Barnes, LA
John Richards, LA, AR
Lauren Sullivan, LA, MS
Richard (Rick) Root, LA
Paul Villalobos, LA
*Christine Brandt, AL
John Enochs, LA, TX, MS, KY
Spencer Gulden, LA, TX
Natalie Kobetz, LA
Sarah Constant, LA
Aaron Hurd, LA
Faye Sheets, LA, TN
Rebekah Capers, LA
Jacob Goehring, LA
Marquita Cage, LA
Taylor Burnham, LA, GA
Rachael Fajoni, LA
Eve Vavrick, LA
Alexander Lair, LA
Luc Zeller, LA
Tera Melancon, LA
Robert Warren, LA
*Bert Greenwell, KY, NJ
Jordan Lieberman, LA
Alaraby Johnson, LA
Parker Derenbecker, LA


OF COUNSEL
Shannon Rodriguez, LA
Darryl Duncan, LA, FL
Kristi Tamura, LA
Kathryn Cox, LA
Mark Lumpkin, MS, LA
Stephanie Roberts, LA
Edward L. Boudreaux, III, LA
Melissa Herman, LA
Melodie Molina, LA
Thelia Jean Eaby, LA
Kevin Galatas, LA
Brejette Bundy, LA
Deisha LaGarde, LA


*not licensed to practice
in Louisiana


ADMINISTRATOR
Mark Dufton

# MORRIS BART, L.L.C.

ATTORNEYS AT LAW

Pan American Life Center, 601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130-6036
Telephone 504.525.8000

Writer's Direct Dial: (504) 599-3232
Writer's Direct Facsimile: (800) 521-0568
E-mail: cgentry@morrisbart.com

September 9, 2020

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
**7018 1130 0001 5629 1463**

Capital Bravo, L.L.C.
3415 Greystone Drive, Suite 210
Austin, TX 78731

RE:   **Derrick Parker vs. Raul Nieto Munoz, et al**
      **Civil District Court for the Parish of Orleans**
      **Docket No. 2020-07194, Section "8"**

Dear Sir/Madam:

Please be advised that you have been named as a defendant in a lawsuit filed by Derrick Parker arising out of an automobile accident which occurred on September 8, 2019 in , Louisiana.

Pursuant to LSA-R.S. 13:3201 et. seq., we are hereby serving upon you a copy of the Citation and Petition for your information.

You should give these documents to your insurer and/or attorney immediately. Failure to respond within the time delays allowed by law may result in a default judgment being rendered against you.

Sincerely,

Craig A Gentry

CAG/aw
Enclosures

**Exhibit 1**

New Orleans
504.525.8000

Baton Rouge
225.925.8000

Shreveport
318.222.9000

Lafayette
337.233.4200

Monroe
318.807.1000

Alexandria
318.561.7700

Lake Charles
337.477.4600

Gulfport
228.432.9000

Pascagoula
228.762.4700

Hattiesburg
601.583.8000

Mobile
251.433.2210

Birmingham
205.251.6700

Huntsville
256.539.8500

Montgomery
334.834.1800

Little Rock
501.376.9000

Texarkana
870.772.1669

Toll Free
1.800.876.2244

www.morrisbart.com

ATTORNEY'S NAME:   Gentry, Craig A 23751
AND ADDRESS:     601 Poydras Street, 24th Floor., New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2020-07194 | DIVISION: N | SECTION: 08 |
|---|---|---|

**PARKER, DERRICK**

Versus

**SENTRY SELECT INSURANCE COMPANY ET AL**

## CITATION - LONG ARM

TO:       CAPITAL BRAVO, L.L.C.

THROUGH:   THE LOUISIANA LONG ARM STATUTE

            3415 GREYSTONE DRIVE SUITE 210, AUSTIN , TX 78731

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA. within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 27, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Schewanda Baptiste, Deputy Clerk

---

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON CAPITAL BRAVO, L.L.C. | ON CAPITAL BRAVO, L.L.C. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said CAPITAL BRAVO, L.L.C. being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

ID: 10520000

Page 1 of 1



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2020 - 07194                                                    DIVISION " "  2

DERRICK PARKER

VERSUS

SENTRY SELECT INSURANCE COMPANY, CAPITAL BRAVO, L.L.C., AND RAUL
NIETO MUNOZ

FILED: _____          _____
                                                DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Derrick Parker, a person

of the full age of majority and a resident of and domiciled in the Parish of Orleans, State of

Louisiana, who, with respect, shows the Court as follows:

I.

That made Defendants herein are: Raul Nieto Munoz, upon information and belief, a person

of the full age of majority and a resident of and domiciled in the County of Hildago, State of Texas;

Sentry Select Insurance Company, a foreign insurance company authorized to do and doing business

in the State of Louisiana; and Capital Bravo, L.L.C., a foreign limited liability corporation not

authorized to do but doing business in the State of Louisiana. That Defendants are liable to Plaintiff

jointly and/or in solido for the following:

II.

That on or about September 8, 2019, at approximately 8:40 p.m., plaintiff, Derrick Parker,

was sitting in the driver's seat of his 2011 Toyota Tundra pick-up truck that was legally parked on

the right side of east Claiborne Avenue near its intersection with St. Bernard Avenue in the Parish

of Orleans, State of Louisiana.

III.

That at approximately the same time, defendant, Raul Nieto Munoz, was driving a 2015

Kenworth T680 Tractor Trailer, with the permission and consent of its owner, Capital Bravo, L.L.C.,

in an easterly direction on Claiborne Avenue near its intersection with St. Bernard Avenue in the

Parish of Orleans, State of Louisiana.

IV.

That at approximately the same time, and at the same location as referenced above, in the Parish of Orleans, defendant, Raul Nieto Munoz, recklessly caused the vehicle that he was driving and the attached trailer to leave the right lane of travel, and strike the plaintiff's vehicle as it sat parked.

V.

The aforesaid collision sued on herein was the fault of, and proximately caused by defendant, Raul Nieto Munoz, in the following non-exclusive respects:

a.  By violating Louisiana Revised Statutes 14:99 ("Reckless Operation of a Motor Vehicle");

b.  By violating Louisiana Revised Statutes 14:98 ("Operating a Vehicle While Intoxicated");

c.  By improper lane usage;

d.  By failing to maintain reasonable and proper control of said vehicle upon a public road;

e.  In operating the vehicle under his control in a reckless and negligent manner;

f.  By failing to see what should have been seen; and

g.  All other acts of fault which were the cause of the collision sued upon and will be shown at the trial of this matter.

VI.

On information and belief, a legal and/or proximate cause of the aforesaid casualty and damages was the negligence of Defendant, Raul Nieto Munoz, who at all times herein was directly employed by Defendant, Capital Bravo, L.L.C., such that said Defendant, Capital Bravo, L.L.C., is responsible for the negligence acts and omissions of Defendant, Raul Nieto Munoz, in the course and scope of employment, pursuant to the Louisiana Civil Code, and further was negligence in hiring and supervising him.

VII.

That as a result of the aforesaid collision, plaintiff, Derrick Parker, has sustained bodily

injuries, including but not limited to injuries to his shoulders, neck, back, and headaches, together with past and future mental anguish and physical suffering, past and future loss of enjoyment of life, past and future expenses for medical care, including expenses for travel to the physicians' office, all of which entitles Plaintiff to recover from Defendants such general and special damages as are reasonable in the premises.

VIII.

Plaintiff further shows that, on information and belief, Defendant, Raul Nieto Munoz, was operating the vehicle with a wanton and reckless disregard for the rights and safety of others by operating the Tractor Trailer under the influence of alcohol, and was therefore intoxicated, which intoxication was a cause in fact of the resulting injuries to Plaintiff, and therefore, in addition to general and special damages, Plaintiff shows that he is entitled to exemplary damages.

IX.

Plaintiff shows that, at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by defendant, Sentry Select Insurance Company, under the terms and conditions of which it agreed to insure and indemnify defendants, Raul Nieto Munoz and Capital Bravo, L.L.C., from the type of liability asserted herein.

IX.

Plaintiff shows that the damages sued on herein exceed the jurisdictional requisite for a jury trial.

WHEREFORE, your plaintiff, Derrick Parker, prays that Defendants, Sentry Select Insurance Company, Capital Bravo, L.L.C., and Raul Nieto Munoz, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, Derrick Parker, and against Defendants, Sentry Select Insurance Company, Capital Bravo, L.L.C., and Raul Nieto Munoz, jointly and/or in solido, for such general and special damages as are reasonable in the premises; said judgment to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all legal and equitable relief this Honorable Court shall deem appropriate.

RESPECTFULLY SUBMITTED,

MORRIS BART, L.L.C.
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
(504) 525-8000

BY: _____
CRAIG A. GENTRY NO. 23751

PLEASE SERVE:

Sentry Select Insurance Company
through the Honorable Secretary of State

Capital Bravo, L.L.C.
pursuant to the Louisiana Long Arm Statute
LSA-R.S. 13:3201, et seq.
By serving
Capital Bravo, L.L.C.
3415 Greystone Drive Suite 210
Austin, TX 78731
via certified mail.

Raul Nieto Munoz
pursuant to the Louisiana Long Arm Statute
LSA-R.S. 13:3201, et seq.
By serving
Raul Nieto Munoz,
12701 Magdalena Street
Weslaco, TX 78599
via certified mail.

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA